UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT NAZARIO,

                          Plaintiff,                    15 **CIVIL** 2892 (PGG)

-against-                            **JUDGMENT**

CHRISTOPHER MILLER,

                         Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 10, 2020, Judge Netburn's R & R is adopted in its entirety, and Nazario's petition is denied; because Nazario has not made a substantial showing of the denial of a constitutional right, no certificate of appealability will not issue under 28 U.S.C. § 2253(c)(1)(A); ; the Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis is denied for the purpose of an appeal; accordingly, this case is closed.

**DATED:** New York, New York
             January 22, 2020

                                                   **RUBY J. KRAJICK**
                                                   Clerk of Court
                                   **BY:**
                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/22/2020